IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHARLES SCHWARTZ | : | |
| | : | CIVIL ACTION NO. 02-CV-3097 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BAYER CORPORATION; | : | ENTRY OF APPEARANCE |
| BAYER AG; | : | |
| GLAXOSMITHKLINE, PLC; | : | |
| GLAXOSMITHKLINE; | : | |
| SMITHKLINE BEECHAM | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

To the Clerk of the Court:

    Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____       _____
Hope S. Freiwald                         Aline Fairweather

_____       _____
Alison T. Conn                           Kirstin J. Miller

Dated: July 25, 2002          DECHERT PRICE & RHOADS
                                           4000 Bell Atlantic Tower
                                           1717 Arch Street
                                           Philadelphia, PA  19103-2793
                                           (215) 994-4000